IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:97-00107-8 |
| | ) | JUDGE HAYNES |
| ERIC BROWN | ) | |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

[Handwritten annotation: ORDER / This motion is unopposed and is GRANTED to terminate the Defendant's supervised release effective the date of this Order. /s/ [signature] / 12-3-12]

COMES NOW Eric Brown, by and through undersigned counsel, and moves this Honorable Court for termination of the remainder of his sentence of supervised release. In support of this Motion, Mr. Brown avers the following:

1. On February 23, 1998, Eric Brown entered a plea of guilty to conspiracy to distribute cocaine and crack cocaine. (D.E. 841, Order Accepting Guilty Plea.) On June 1, 1998, he was sentenced to a term of imprisonment of 168 months and five years supervised release. (D.E. 1104, Judgment.) On March 13, 2001, in response to the Government's motion under Rule 35 of the Federal Rules of Criminal Procedure, the Court reduced Mr. Brown's term of imprisonment from 168 months to 120 months but left the five-year supervised release term unchanged. (D.E. 1405, Order Granting Rule 35 Motion.)

2. On March 19, 2008, Mr. Brown completed his term of imprisonment and began his five-year term of supervised release.

3. Mr. Brown has done remarkably well on supervised release. He has worked steadily since his release from prison. Mr. Brown currently works at Doric of Tennessee, Inc., preparing burial sites. He has completed four years and eight months of the five years of his supervised release